FILED - GR
September 8, 2026 10:43 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR SCANNED BY: AR / 9.8

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

Southern Division

| | | |
|---|---|---|
| Joseph Alan Burke, Jr<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. 1:26-cv-2524<br>Paul L. Maloney<br>United States District Judge<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | ) | |
| Gordon Food Service<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joseph Alan Burke, Jr |
| Street Address | 7307 Ryan Ct |
| City and County | Hudsonville, Ottawa |
| State and Zip Code | Michigan, 49426 |
| Telephone Number | 616-889-3277 |
| E-mail Address | jburke1110@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Gordon Food Service |
| Job or Title *(if known)* | |
| Street Address | 4900 Clay Ave |
| City and County | Grand Rapids, Kent |
| State and Zip Code | Michigan, 49548 |
| Telephone Number | 616-717-4164 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. Or is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

Or is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached Statement of Claim

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached Damages and Relief

## Statement of Claim

1. I was demoted in March of 2025 for not wanting to work with the individual that was promoted within my department. Out of fear of retaliation, I simply asked for help angling into a different role within the company over time. The director put a 3-week timestamp of April 18, 2025, for me to find my own job within the company and demoted me unfairly. There were only 2 jobs available and 1 of them they knew I could not take. They tried to stick me in that same job multiple times as an unfair tactic. I took an entry level job working under the same supervisor that rigged the promotion. The rigged promotion is the core/root of provable racial discrimination.

2. While demoted I reported a time clock scandal, my stolen and utilized work credentials, and a rigged promotion that proves a Black man and an Asian woman were deliberately discriminated against. I performed time and attendance daily and what was done cannot be undone. The promoted employee refused to utilize time clocks like all other hourly employees. Cybershift is the program that not only shows that the white promoted person had help, it also shows how the favored employee started to punch the time clock properly in March after going a calendar year without doing so.

3. Weeks before the promotion process began, I made a stand for the same black candidate that was mistreated during the promotion. A meeting was called to turn our 4-person mid management group into 3, and I stood up, stood my ground, and kept the Black man properly positioned. Multiple people watched me stand up and make a scene venting frustration over what GFS was doing to this truly worthy candidate. Both the Black man and Asian female were legitimately strong candidates and graduates of the GFS emerging leaders' program. Both mistreated employees are backed up with specific training and accolades that make them leadership material.

4. I was severely mistreated repeatedly by the Director, my supervisor, and HR immediately and multiple times after reporting the rigged promotion. I was in the Hall of Fame and had never once been under any disciplinary action during my 24-year career. After I was fired my face was posted on facility walls as a tactic. The only other employee to have their face on the walls like that was active shooter threat.

5. I gave the EEOC 15 examples of people with the same job title under the same Director that were never even demoted after physical violence, job abandonment, theft etc.

6. I was told that there is no disciplinary training for management. I can prove others with my title did go through disciplinary training and retired from that position.

7. One HR rep came to my trailer after I was demoted and was crying her eyes out. The other HR rep guaranteed my transfer May 15, 2025, and with no other communication I was fired by the Director on May 19, 2025, and I did not get told why. I was not suspended on May 15, 2025, and was told that it was the opposite. I was told by HR on May 15, 2025, "Joe you are not suspended. We are sending you home with full pay until you show up on Monday May 19, 2025. I promise that I will have your transfer set when you come back." That HR rep that guaranteed my transfer was fired for misconduct months later.

8. I was put in unfair meetings where I was silenced, had my words changed, twisted, and hidden. I was horribly mistreated from March of 2025 when I filed with the EEOC until May 19, 2025, when I was fired in a meeting that was supposed to be my transfer. Had I not stuck up for two mistreated minorities GFS would never have targeted me at all.

9. Minutes before firing me the director claimed that he investigated all my accusations. Even after I proved discrimination to the director himself, he used it as reason to dispose of me. Putting my face on walls of the facility for all to see. This spread throughout GFS and through West Michigan.

10. I can prove everything and asked GFS to look deeper into this after termination as they allowed me to communicate due to EEOC involvement. The Black man and Asian female know and feel they were mistreated and are aware I lost my job sticking up for them. Both employees still work under the people that mistreated them.

11. I reached above the Director asking for help with ongoing mistreatment, but Tommy Gordon did nothing to help me or stop them. All accusations are provable and GFS has had over a year to prepare for this case.

# Damages and Relief

Back pay for 2025 - $78,000.00 - This includes loss of base salary, incentives, value of lost benefits, 401K contributions and employer's match.

Front pay - $377,000.00 - This includes the difference of what my current wages are compared to what I could have been making if I was not terminated and I retired at 63, making the same annual salary. 50-year-old unable to find comparable paying job and affordable health coverage for family. All contributions and employee matches have ceased since my termination at GFS.

Exemplary damages - $850,000.00 - This includes mental anguish, emotional distress, psychological treatment, marriage counseling, personal therapist and medical issues including extreme weight loss.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/8/2026

Signature of Plaintiff [signature] Jr

Printed Name of Plaintiff Joseph Alan Burke JR

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Street Address ____________

State and Zip Code ____________

Telephone Number ____________

E-mail Address ____________